UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

OHIOHEALTH CORPORATION,

    Plaintiff,

    v.

SUSAN ASIEDU AND ABIGAIL
AMEAH AFRIFI,

    Defendants.

Case No.: 2:12-cv-00761
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## ORDER

The Court hereby directs the Clerk to administratively close this case and remove it from this Court's active docket. The case may be re-opened upon proper motion of any party.

IT IS SO ORDERED.

__8-19-2015__
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE